| | | |
|---|---|---|
| CHRISTOPHER J. CANNON | **SUGARMAN & CANNON**<br>ATTORNEYS AT LAW<br>737 TEHAMA STREET, No. 3<br>SAN FRANCISCO, CALIFORNIA 94103 | |

(415) 362-6252

May 30, 2024

*Via ECF*

The Honorable Judge Edward J. Davila
United States Northern District Court of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: USA v. Duong  [5:22-cr-00144-EJD]
       Sentencing Memo - Supplemental Letters of Character

Dear Judge Davila,

    Please find attached two supplemental Letters on behalf of HUNG DUONG.

    Thank you.

                   Sincerely,

                   /s/
                 Christopher J. Cannon
                 Attorney for HUNG DUONG

[Enc.]

Honorable Edward J. Davila,

I appreciate you taking the time to read this letter of character for my friend Hung Duong. I've known Hung now for 22 years. I know its been 22 years because 3 months later my daughter was born. Luckily for me in my career, Hung was my manager. From his leadership he drove me to become a powerhouse in our industry. He knows how to motivate and get the best out of people from all walks of life and beliefs. I won many awards in our industry, and I can honestly say a large portion of my success was because of his leadership and knowing exactly how to get the best out of me. Hung left the company 4-5 years after I started. And when most people move on and forget about each other when they leave a company, Hung and I continued to stay friends and someone I can call one of my best friends.

There's been many times that I had a hard time with life or in my relationships. And every time I needed someone; Hung was always there. He would stay out late drinking coffee with me at Dennys, IHOP or a coffee shop playing cards or board games, just to keep my mind off my problems.

Me being Mexican and Hung being Vietnamese, I still asked Hung to be a Padrino to my daughters Quinceanera. (15th Birthday). I shared that he would financially be a sponsor for an item of my daughter's party. Hung didn't think twice and said of course I'd be a padrino, what am I sponsoring? Not knowing the Mexican heritage or why he has to pay for something. That is just one example of the kind of guy he is. He was so excited he showed up a day early to her Quinceanera.

I can think of the many times Hung has been there for me. So, taking the time to type this letter is something I'm passionate about. I'm asking if you can find it in you to give my friend a lighter sentence. I'm not aware of all the details of this situation. But knowing the character of Hung, and his willingness to help others, I'm sure this was a mistake of bad judgement. And making a very bad decision. Hung has a young son and wife that depend on him tremendously. Again, I ask for you to consider a lighter sentence and more community work for his sentence.

I'm available if needed or if you have any further questions about my friend Hung.

Rick Flores
CEO – Owner
Pacific Finders
408-529-4971

Dear Honorable Edward J. Davila United States District Court for the Northern District of California

I am writing to you in enthusiastic support of my dear friend. I have known Hung for about four years and have had the pleasure of witnessing his remarkable talents and qualities firsthand. A individual who has demonstrated exceptional qualities as a devoted father, successful businessman, and caring friend.

Hung is a truly exceptional individual with a rare combination of skills, and personal qualities that make Hung an invaluable asset to many other .Hung is a shining example of integrity and compassion.

He consistently guides people towards making ethical decisions and warns them of potential financial pitfalls. He prioritizes people's well-being over personal financial gains, often setting aside opportunities that may compromise his values. His selflessness and empathy are truly inspiring.

Hung has a unique ability to connect with people and understand their needs. He possesses innovative business ideas that have the potential to positively impact countless families. His insights are invaluable, and his leadership skills are evident in the way he motivates those around him.

One of Hung's most impressive qualities is his unwavering trustworthiness. People confidently entrust him with their finances, knowing that he will handle them with honesty and care. His reputation for integrity is impeccable.

As a father, Hung has consistently shown a loving to the wellbeing to his family especially to his son. His love, support, and guidance have been a nurturing for his family. Hung dedication to his son Eight years old Ryan growth, education, and happiness is truly commendable, and his influence as a positive role model is evident in the strong bond he shares with his son. Ryan love his dad very much and need him around for his love and support.

Hope this letter give you better understanding who Hung really is. Overall he a great person with sense of humor, fun to be around with.


Sincerely;

Tammy Nguyen